FILED
2012 Apr-26  PM 04:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **JAMAL PATTERSON**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    2:10-CV-1818-AKK-JEO |
| | ) |
| **OFFICER SUTTON, OFFICER GARY,** | ) |
| **OFFICER McDONALD, and** | ) |
| **LPN J. SHARIETT**, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on October 31, 2011, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. Although Jamal Patterson requested multiple extensions, which the court granted, docs. 37 & 44, no objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The court finds that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be **GRANTED** and this action is due to be **DISMISSED WITH PREJUDICE**. A Final Judgment will be entered.

**DONE** this 26th day of April, 2012.

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE